## IN THE UNITED STATES DISTRICT COURT
## FOR THE ~~SOUTHERN~~ DISTRICT OF GEORGIA
Middle — Columbus            DIVISION

Raymond Charles Bullock
(Print your full name)

Plaintiff *pro se*,

v.

Rivertown Ford AKA Group

1 of Rivertown Ford and Syke

Bardill, jointly and individually
(Print full name of each defendant; an
employer is usually the defendant)

Defendant(s).

CIVIL ACTION FILE NO.

4:25 -cv- 427 (CDC)

(to be assigned by Clerk)

## *PRO SE* EMPLOYMENT DISCRIMINATION COMPLAINT FORM

### Claims and Jurisdiction

1. This employment discrimination lawsuit is brought under (check only those that apply):

      Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e et seq., for employment discrimination on the basis of race, color, religion, sex, or national origin, or retaliation for exercising rights under this statute.

    **NOTE:** To sue under Title VII, you generally must have received a notice of right-to-sue letter from the Equal Employment Opportunity Commission ("EEOC").

✓    Age Discrimination in Employment Act of 1967, 29 U.S.C. §§ 621 et seq., for employment discrimination against persons age 40 and over, or retaliation for exercising rights under this statute.

> **NOTE**: To sue under the Age Discrimination in Employment Act, you generally must first file a charge of discrimination with the EEOC.

_____    Americans With Disabilities Act of 1990, 42 U.S.C. §§ 12101 et seq., for employment discrimination on the basis of disability, or retaliation for exercising rights under this statute.

> **NOTE**: To sue under the Americans With Disabilities Act, you generally must have received a notice of right-to-sue letter from the EEOC.

_____    Other (describe) _____

_____

_____

_____

_____

2.    This Court has subject matter jurisdiction over this case under the above-listed statutes and under 28 U.S.C. §§ 1331 and 1343.

## Parties

3.    Plaintiff.    Print your full name and mailing address below:

Name    *Raymond Charles Bullock*

Address    *2414 Reese Rd.*

*Columbus, GA 31907*

4.    Defendant(s).    Print below the name and address of each defendant listed on page 1 of this form:

Name    *Rivertown Ford AKA Group 1 of Rivertown*

Address    *1680 Whittlesey Rd.*

*Columbus, GA 31904*

Name    *Syke Bardill*

Address    *1680 Whittlesey Rd*

*Columbus, GA 31904*

Name    _____

Address    _____

_____

## Location and Time

5.    If the alleged discriminatory conduct occurred at a location <u>different</u> from the address provided for defendant(s), state where that discrimination occurred:

_____

_____

6.    When did the alleged discrimination occur?  (State date or time period)

_Feb 2024 - Jun 24-2024_

## Administrative Procedures

7.    Did you file a charge of discrimination against defendant(s) with the EEOC or any other federal agency?    __✓__ Yes    _____ No

If you checked "Yes," attach a copy of the charge to this complaint.

8.    Have you received a Notice of Right-to-Sue letter from the EEOC?

__✓__ Yes    _____ No

If you checked "Yes," attach a copy of that letter to this complaint and state the date on which you received that letter: _____

9.    If you are suing for **age discrimination**, check one of the following:

__✓__    60 days or more have elapsed since I filed my charge of age discrimination with the EEOC

_____    Less than 60 days have passed since I filed my charge of age discrimination with the EEOC

10. If you were employed by an agency of the State of Georgia or unsuccessfully sought employment with a State agency, did you file a complaint against defendant(s) with the Georgia Commission on Equal Opportunity?

_____ Yes          _____ No          __✓__ Not applicable, because I was not an employee of, or applicant with, a State agency.

If you checked "Yes," attach a copy of the complaint you filed with the Georgia Commission on Equal Opportunity and describe below what happened with it (i.e., the complaint was dismissed, there was a hearing before a special master, or there was an appeal to Superior Court):

_____

_____

_____

_____

11. If you were employed by a Federal agency or unsuccessfully sought employment with a Federal agency, did you complete the administrative process established by that agency for persons alleging denial of equal employment opportunity?

_____ Yes          _____ No          __✓__ Not applicable, because I was not an employee of, or applicant with, a Federal agency.

If you checked "Yes," describe below what happened in that administrative process:

_____

_____

_____

_____

## Nature of the Case

12.   The conduct complained about in this lawsuit involves (check only those that apply):

_____   failure to hire me
_____   failure to promote me
_____   demotion
_____   reduction in my wages
___✓___   working under terms and conditions of employment that differed from similarly situated employees
_____   harassment
_____   retaliation
_____   termination of my employment
_____   failure to accommodate my disability
_____   other (please specify) _____

13.   I believe that I was discriminated against because of (check only those that apply):

___✓___   my race or color, which is _Black_____
_____   my religion, which is _____
_____   my sex (gender), which is _____ male _____ female
_____   my national origin, which is _____
___✓___   my age (my date of birth is _07-04-1956_____)
_____   my disability or perceived disability, which is:

_____

_____   my opposition to a practice of my employer that I believe violated the federal anti-discrimination laws or my participation in an EEOC investigation

_____   other (please specify) _____

_____

14. Write below, as clearly as possible, the essential facts of your claim(s). Describe specifically the conduct that you believe was discriminatory or retaliatory and how each defendant was involved. Include any facts which show that the actions you are complaining about were discriminatory or retaliatory. Take time to organize your statements; you may use numbered paragraphs if you find that helpful. Do not make legal arguments or cite cases or statutes.

FEBRUARY 2024 I WAS denied full commission on A deal which I had done virtually all of the work. Unjustly Rewarding A much younger similar situated salesman At my EXPENSE. I was told by Syke Bardill (GM) to split the deal or RESIGN. I was told to comply with A test drive policy that I was NOT AWARE of. When I questioned it, I was told by Syke Bardill (GM) to comply or RESIGN. The used CAR SALES manager Justin Cooper told me that the GM said, "Raymond old ASS NEEDS to leave." Also witnessed by the SENIOR FINANCE DIRECTOR, Steve Moore, on many occasions he heard Skye Bardill make comments concerning my "OLD ASS". Statements are provided by Justin Cooper And Steve Moore. I was told by Justin Cooper that he overheard Skye Bardill say "I wish Raymond would take his old black ASS on." I was called into the GM's office And was told to comply with Another BVA policy that he had Revised. When I questioned it, I was told to comply or RESIGN. No other salesperson was told to comply or RESIGN.

(Attach no more than five additional sheets if necessary; type or write legibly only on one side of a page.)

15.  Plaintiff _____ still works for defendant(s)

_____ no longer works for defendant(s) or was not hired

16.  If this is a disability-related claim, did defendant(s) deny a request for reasonable accommodation?  _____ Yes  _____ No

    If you checked "Yes," please explain: _____

_____

_____

_____

_____

17.  If your case goes to trial, it will be heard by a judge unless you elect a jury trial. Do you request a jury trial?  ✓ Yes  _____ No

## **Request for Relief**

As relief from the allegations of discrimination and/or retaliation stated above, plaintiff prays that the Court grant the following relief (check any that apply):

_____ Defendant(s) be directed to *Apologize to me for his Actions*

_____ Money damages (list amounts) $300,000.00

✓ Costs and fees involved in litigating this case

✓ Such other relief as my be appropriate

## PLEASE READ BEFORE SIGNING THIS COMPLAINT

Before you sign this Complaint and file it with the Clerk, please review Rule 11 of the Federal Rules of Civil Procedure for a full description of your obligation of good faith in filing this Complaint and any motion or pleading in this Court, as well as the sanctions that may be imposed by the Court when a litigant (whether plaintiff or defendant) violates the provisions of Rule 11. These sanctions may include an order directing you to pay part or all of the reasonable attorney's fees and other expenses incurred by the defendant(s). Finally, if the defendant(s) is the prevailing party in this lawsuit, costs (other than attorney's fees) may be imposed upon you under Federal Rule of Civil Procedure 54(d)(1).

Signed, this _8_ day of _December_ , 20_25_

_R. C. Bullock_
(Signature of plaintiff *pro se*)

_Raymond C. Bullock_
(Printed name of plaintiff *pro se*)

_2414 Reese Rd_
(street address)

_Columbus, GA 31907_
(City, State, and zip code)

_linda_bullock@hotmail.com_
(email address)

_7(16)464-7292_
(telephone number)